JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| DNZ AUTOMOTIVE, INC., a Califrnia corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ECONO-LUBE N' TUNE, LLC f.k.a. ECONO-LUBE N' TUNE, INC. a Delaware limited liability company; DRIVEN BRANDS, INC., a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 8:17-cv-00368-JVS (JCGx) (DFMx)<br><br>**ORDER OF DISMISSAL OF ACTION** |

The Court having considered the stipulation of the parties and good cause appearing therefor, orders the entire action and related counter-claim dismissed with prejudice in its entirety. Each party shall bear their own costs and attorneys fees.

**IT IS SO ORDERED.**

Dated: _May 24, 2018_____

_____
Honorable James V. Selna
United States District Court Judge